FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR 04 2016

D. MARK JONES, CLERK
BY_____
      DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DARRELL C. BLOOMQUIST, Plaintiff, | **ORDER** |
| vs. | |
| VICTIM ADVOCATE OF UTAH, STATE OF UTAH, Defendant. | Case No. 2:15-cv-849-DB-BCW |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brook C. Wells on February 1, 2016, recommending that this Court dismiss Plaintiff's case because: (1) the Complaint fails to state a claim; (2) Defendants are not "persons" under § 1983; and (3) the Complaint is deficit in a number of aspects and allowing amendment would be futile.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On February 8, 2016, the Plaintiff filed his Objection. [Dkt.28].

Having reviewed all relevant materials, including Plaintiff's *pro se* response, Defendants' reply, the record that was before the magistrate judge, and the reasoning set forth in

1

the magistrate judge's Report and Recommendation, the Court agrees with the analysis and conclusion of the magistrate judge. Accordingly, the Court ADOPTS the Report and Recommendation of Magistrate Judge Wells and orders that Plaintiff's case is DISMISSED. IT IS SO ORDERED.

DATED this 3d day of March, 2016.

_____
Dee Benson
United States District Judge